**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION**

| | |
|---|---|
| PURE ENCAPSULATIONS, LLC,<br><br>     Plaintiff,<br><br> v.<br><br>LEAN LIVING INC., et al.<br><br>     Defendants. | Civil Action No. \_\_\_\_ |

**CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF PURE ENCAPSULATIONS, LLC**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Pure Encapsulations, LLC, plaintiff in the above-captioned action, hereby discloses that:

  1. Pure Encapsulations, LLC's parent company is Nestlé SA.

  2. Nestlé S.A. shares are traded on the SIX Swiss Exchange and it owns more than 10% of Pure Encapsulations, LLC.

| January 17, 2019 | Respectfully Submitted, |
| --- | --- |
| | **PURE ENCAPSULATIONS, LLC** |
| | By its counsel, |
| | /s/ *John Gutkoski* |
| | John Gutkoski (BBO No. 567182) |
| | jgutkoski@mccarter.com |
| | Keith Toms (BBO No. 663369) |
| | ktoms@mccarter.com |
| | James Thomson (BBO No. 697790) |
| | jthomson@mccarter.com |
| | McCarter & English, LLP |
| | 265 Franklin Street |
| | Boston, MA 02110 |
| | Phone: (617) 449-6500 |
| | Facsimile: (617) 607-9200 |

*Of Counsel*
Martha Brewer Motley (OH Bar No. 0083788)
Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street
Columbus, Ohio 43215
Telephone: 614-464-5626
Fax: 614-719-5080
Email: MBMotley@vorys.com
*Pro Hac Vice application forthcoming*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system, on the above date, will be sent electronically to all attorneys of record as identified on the Notice of Electronic Filing (NEF).

/s/ *John Gutkoski*