IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| PURE ENCAPSULATIONS, LLC,<br>490 Boston Post Road<br>Sudbury, Massachuesetts 01776<br><br>Plaintiff,<br><br>v.<br><br>LEAN LIVING INC.<br>3 Shaughnessy Crescent<br>Kanata, ON  K2K 2P1 Canada<br><br>And,<br><br>MICHAEL SHERIDAN<br>3 Shaughnessy Crescent<br>Kanata, ON  K2K 2P1 Canada<br><br>And,<br><br>JOHN DOES 1-100, individually or as corporate/business entities,<br><br>Defendants. | Civil Action No.:<br>**1:19-CV-10113-ADB** |

**AFFIDAVIT OF SERVICE**

I, Dave Kilrea, of the City of Ottawa , in the Province of Ontario MAKE OATH AND SAY:

1.     On Tuesday, February 19, 2019, at  7:50 P.M., I personally served the Defendant, Lean Living Inc. with the Complaint, Civil Action Cover Sheet, Category Form, Corporate Disclosure and Summons by leaving a copy with Michael Sheridan, employee at 3 Shaughnessy Crescent, Kanata, ON K2K 2P1.

2.  On Tuesday, February 19, 2019, at 7:50 p.m., I personally served the Defendant, Michael Sheridan with the Complaint, Civil Action Cover Sheet, Category Form, Corporate Disclosure and Summons by leaving a copy with him at 3 Shaughnessy Crescent, Kanata, ON K2K 2P1.

3.  I was able to identify the person by means of introduction.

**SWORN BEFORE ME** at the City of
Toronto, in the Province of Ontario on
February 21, 2019

_____
Commissioner for Taking Affidavits
(or as may be)

William Stuart Kilrea, a Commissioner,
etc., City of Ottawa, for Kilrea Bailiff &
Process Servers, and for Process
Serving and Residential Tenancies Act,
2006 matters only
Expires November 3, 2019

_____
(Signature of deponent)

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PURE ENCAPSULATIONS, LLC | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:19−CV−10113−ADB** |
| LEAN LIVING, INC., ET AL. | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ⸺ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ⸺ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

**/s/ − Timothy DeMaria**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2019−01−18 15:13:12.0**, Clerk USDC DMA

Civil Action No.: **1:19−CV−10113−ADB**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) LEAN LIVING INC. & MICHAEL SHERIDAN was received by me on (date) February 19, 2019.

☒ I personally served the summons on the individual at (place) 3 Shaughnessy Crescent Kanata, Ontario K2K2P1 on (date) February 19, 2019 ; or — OK

☐ I left the summons at the individual's residence or usual place of abode with (name) _____ _____, a person of suitable age and discretion who resides there, on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ 40.00 for travel and $ 60.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Feb 21 2019
_____
Date

× _____
Server's Signature

Dave Kilrea
_____
Printed name and title

2213 Circle Place Ottawa Ontario K1G3E2
_____
Server's Address

Additional information regarding attempted service, etc: